UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRON,<br>            Plaintiff,<br>   v.<br>UNKNOWN,<br>            Defendant. | Case No. 24-cv-03341-TLT<br><br>**ORDER OF DISMISSAL** |

The Court received a letter from plaintiff on May 30, 2024, which was construed as an attempt to file a civil rights complaint and opened as case number 24-cv-03341 accordingly. ECF 1. The Court directed plaintiff to file a complaint on the prisoner civil rights complaint form as well as an application for leave to proceed in forma pauperis. ECF 2, 3. Plaintiff then informed the Court that she had not intended to file a case. ECF 7. The Court therefore DISMISSES this action without prejudice. The clerk shall close the case and no fee shall be due. The clerk shall also docket plaintiff's letter in case 4:23-cv-04155-YGR as plaintiff requests. See ECF 7.

**IT IS SO ORDERED.**

Dated: August 2, 2024

_____
TRINA L. THOMPSON
United States District Judge